# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| CARRIE FINCH, *individually and as Executor of the Estate of Juvay Finch*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV616-169 |
| OWNERS INS. CO., | ) ) | |
| Defendant. | ) | |

## ORDER

Defendant having filed copies of the December 29, 2017, Deposition of Gregory Stuart (docs. 87 & 88), plaintiff's request for filing of original discovery materials (doc. 86) is deemed **MOOT**.

**SO ORDERED,** this  11th  day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
Scott L. Poff, Clerk
United States District Court
By jburrell at 4:19 pm, May 11, 2018