IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CARRIE FINCH, Individually and
as Executor of the Estate of
Juvay Finch,

    Plaintiff,

v.      CV 616-169

OWNERS INSURANCE COMPANY,

    Defendant.

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

The Court finds this case is ready for trial. In preparation for trial, the Court **ORDERS** lead counsel for the parties to meet and confer, in person, and prepare and file with the Clerk of Court one consolidated proposed pretrial order. The proposed pretrial order shall be filed **BY THE CLOSE OF BUSINESS ON THURSDAY, APRIL 4, 2019.** Plaintiff's counsel has the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website, www.gasd.uscourts.gov, under "Forms" → "Civil Forms" → "Consolidated Pretrial Orders – Other Judges." A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or other appropriate sanctions. The Court will reject any proposed pretrial order prepared only from

telephone conversations. The proposed pretrial order must include a paragraph stating the date, location, and duration of the meeting and the names of all counsel or parties participating. Unconsolidated proposed pretrial orders will not be accepted without the Court's written permission. If any party is unrepresented by counsel, such party must comply with this Order in the same manner as counsel.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY THE CLOSE OF BUSINESS ON THURSDAY, APRIL 18, 2019.** Responses thereto must be submitted **BY THE CLOSE OF BUSINESS ON THURSDAY, MAY 2, 2019.** The Clerk has scheduled the pretrial conference for **THURSDAY, MAY 16, 2019, at 10:30 a.m.**, and jury selection and trial assignment are scheduled for **MONDAY, MAY 20, 2019, at 9:00 a.m.**, all to be held in the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458.

At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list **MUST** be provided to the Court at the pretrial conference. Further, lead counsel for each party **MUST** attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA