IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CARRIE FINCH, Individually and as Executor of the Estate of Juvay Finch, | * * * * | |
| Plaintiff, | * * | |
| v. | * | CV 616-169 |
| OWNERS INSURANCE COMPANY, | * * | |
| Defendant. | * | |

O R D E R

Before the Court is the parties' stipulation of dismissal. (Doc. 113.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of June, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA